UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════════════════

UNITED STATES OF AMERICA,

                                                                    **ORDER**
                        v.                                    09-CR-331-A

JONATHAN DELGADO,

                                Defendant.

═══════════════════════════════════════════════

        This case was referred to Magistrate Judge Hugh B. Scott pursuant to 28 U.S.C.

§ 636(b)(1)(B) for pretrial proceedings.  Magistrate Judge Scott filed a Report and

Recommendation, Dkt. No. 993, primarily recommending denial of motions of

defendant Jonathan Delgado for various pretrial relief.  The Report and

Recommendation does recommend suppression of statements made by defendant

Delgado to a Buffalo Police Detective on April 30, 2006, and recommends denial of

suppression of statements made by defendant Delgado to a New York State Police

Investigator on February 3, 2012.  The United States filed objections to the

recommendation to suppress defendant's statements made on April 30, 2006, Dkt. No.

1020, and defendant filed objections to the recommendation to deny suppression of his

February 3, 2012 statements, Dkt. No. 1030.

        **ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), after *de novo* review, and for

the reasons set forth in Magistrate Judge Scott's Report and Recommendation, Dkt.

No. 993, defendant Delgado's motion to suppress his April 30, 2006 statements is

granted, and his motion to suppress his February 3, 2012 statements is denied.  *Id.* at

pp. 51-64, 65-68, respectively.  The Report and Recommendation, Dkt. No. 993,  is

therefore adopted as to defendant Delgado.  The Court defers determination of the

voluntariness of defendant's April 29 and April 30, 2006 statements preliminary to their

potential use for impeachment purposes at this time, and the United States is directed

to seek such a determination when it becomes aware it will seek to use these

statements for impeachment purposes.

**IT IS SO ORDERED.**


_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   July 29, 2014